Guisippina Parascandola, as Administratrix, etc., of Joseph Auditore, Deceased, Plaintiff, v. Frank Auditore, Individually and as Administrator of Joseph Auditore, Deceased, Respondent.   Auditore Company, Inc., Appellant. — Motion to dismiss appeals from orders denied.   Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

Henry Pistchal, Respondent, v. Simon Heller and Another, Appellants, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

Violet Uosikkinen, an Infant, by Aina Uosikkinen, Her Guardian ad Litem, Respondent, v. James N. Slee, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.   Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

Aina Uosikkinen, Respondent, v. James N. Slee, Appellant.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

Albert T. Benedict, Respondent, v. Cornelia S. Benedict, Appellant.— Judgment affirmed, with costs.   No opinion.   Kelly, P. J., Rich, Manning and Kapper, JJ., concur; Young, J., dissents.

Della Carney, Respondent, v. Lindley M. Garrison, as Receiver of The Nassau Electric Railroad Company, Appellant.— Judgment unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.   .

Alvin C. Cass, Respondent, v. Charles L. Apfel and Another, Appellants.— Order granting plaintiff's motion for examination of defendants before trial affirmed, without costs, as to defendant Charles L. Apfel.   Order reversed on the law as to the defendant Sadie L. Apfel, for failure of plaintiff to show that the examination of said Sadie L. Apfel is material and necessary, and that without such examination the plaintiff cannot properly proceed to trial, as required by the Civil Practice Act,* and as to her the motion is denied, without costs.   No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

Elizabeth Child, Appellant, v. Brooklyn Home of the Knights of Columbus, Inc., Respondent.— Judgment affirmed, with costs.   No opinion. Rich, Young and Kapper, JJ., concur; Kelly, P. J., and Manning, J., dissent.

Theresa Cohen, Appellant, v. New Amsterdam Casualty Company, Respondent.— Order denying motion to strike out defenses affirmed, with ten dollars costs and disbursements, on opinion of Mr. Justice Carswell at Special Term. [Reported in 125 Misc. 45.]   Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.

Harry Duffy, Respondent, v. John C. Schwarz, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

Simon Fessenmeyer and Another, Appellants, v. Forest Park Building Co., Inc., and Others, Respondents.— Order granting defendants' motion for summary judgment affirmed, with ten dollars costs and disbursements.   No opinion.   Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ., concur.